**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| LUIS ALBERTO AGRESOTT TORRES,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER BULLOCK, New Orleans Field Office Director of Immigration and Customs Enforcement, Enforcement and Removal Operations,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:26-cv-03062-SHL-cgc |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Petitioner Luis Alberto Agresott Torres' Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241, (ECF No. 1), filed August 17, 2026,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Denying Petition and Dismissing Case as Moot, (ECF No. 8), entered November 10, 2026, Mr. Agresott Torres' requested habeas relief is **DENIED**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

November 12, 2026
Date